CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Andrew Christopher Barr**; DOB: 2007; United States<br>**Jonathon Carrillo-Bolivar**; DOB: 2008; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05067MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 24, 2026, in the District of Arizona, **Andrew Christopher Barr** and **Jonathon Carrillo-Bolivar**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Oscar Alva-Alva and Jacobo Juarez-Sanchez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 23, 2026, in the District of Arizona (Douglas), at approximately 11:47 a.m. Border Patrol Agents (BPAs) were notified by the Cochise County Sherrif's Office (CCSO) of a suspicious vehicle traveling northbound on Rucker Canyon Road. On June 24, 2026, at approximately 1:00 a.m. BPAs were able to respond to the area. BPAs observed a white sedan passing them traveling south on Leslie Canyon Road. Because of the time and lack of traffic on this road, BPAs believed that it was the vehicle as earlier reported. BPAs turned around and caught up to the vehicle. As BPAs approached the vehicle, they noticed the vehicle was stopped and observed two individuals fleeing from both the passenger and driver side. BPAs activated their emergency lights and sirens. The sedan began to drive away abruptly but stopped after a short distance. As BPAs approached the vehicle the front passenger, **Jonathan Carrillo-Bolivar**, exited the vehicle. BPAs placed him and the driver, **Andrew Christopher Barr**, under arrest for suspected human smuggling. **Carrillo** notified BPAs they needed to look in the trunk and voluntarily opened it for them. Inside the trunk BPAs discovered two subjects, Oscar Alva-Alva and Jacobo Juarez-Sanchez, both admitted to being citizens and nationals of Mexico. Record checks revealed the subjects, do not possess the proper documentation to enter, pass through, or remain in the United States legally. The subjects were soaking wet with sweat and stated they had been in the hot trunk for at least 45 minutes.

Material witness Oscar Alva-Alva stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States. He crossed into the U.S. on June 16, 2026. The group walked for days and reached State Route 80 yesterday on June 23, 2026. They kept walking until they came to a place to rest and waited to be picked up by the smuggler vehicle. A grey, four door sedan arrived for them. The sedan had a driver and passenger when arriving so there were too many to fit in the front and rear seats of the sedan. The driver got out and opened the trunk and told him and one other to enter the trunk.
**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Oscar Alva-Alva and Jacobo Juarez-Sanchez

| | |
|---|---|
| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>Maria S. Aguilera | DATE<br>June 25, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Kreamer

**Continued from front page.**

26-05067MJ

They entered the trunk and the driver closed it. After driving for around 20 minutes, the driver stopped and opened the trunk to offer them some water. The driver then closed them into the trunk again and started driving. The vehicle stopped to let the IAs in the back seat out so they could run away as the vehicle was being pulled over BPAs. Alva was shown two photo line ups and was able to identify **Barr** as the driver and **Carrillo** as the passenger.

Material witness Jacobo Juarez-Sanchez stated he is a citizen and national of Mexico. He made arrangements in Mexico to be smuggled into the United States for $10,000 USD. He crossed into the U.S. on June 16, 2026, with three other IAs and a foot guide. They walked for approximately seven days before reaching State Route 80 East. They continued walking north of State Route 80 East for another day to the pickup location. A grey four-door sedan arrived. Juarez was shown two photo line ups. One to try and identify the driver and one to try and identify the passenger. The driver exited the vehicle, opened the trunk, and instructed him to get inside. The other two IAs and the guide entered the back seat. An hour later, he heard the car still moving slowly, and people in the back seat jumped out and ran while the vehicle was still in motion. When the trunk was opened, he saw BPAs. Everyone in the vehicle, including the driver and passenger, was arrested except for the three IAs who exited the vehicle before the agents arrived. The car made one stop approximately thirty minutes into the drive, during which the driver opened the trunk, provided them with water, and then closed it again. Juarez was able to identify **Barr** as the driver and **Carrillo** as the passenger.

After waving his Miranda Rights principal **Andrew Christopher Barr** stated he was originally put in contact with the coordinators that offered him a job to pick people up. A Snap Chat account by the name of "AZ Drivers" added him a few days prior and offered him a job to drive and pick up people for money. Prior to today's events, he agreed to a job with no specific date as of then. He would pick up whoever it was for approximately $1,000 USD per person he picked up and successfully transported to Phoenix, Arizona, and then would be paid at the drop location once the job was complete, in cash. He was going to be picking up illegal aliens and then transport them in furtherance inside the United States. On June 24, 2026, while he was with **Jonathan Carrillo-Bolivar**, he received a text message on WhatsApp from an unknown number telling him "ASAP". During their travels from Phoenix, towards the Douglas area he was sent random "pin drops" from another unknown number on WhatsApp telling him where to go. When they received the final pin drop for the location, they tried to locate the subjects they were picking up and saw a flashlight. They were supposed to be pick up two individuals, however when they reached the flashlight, they realized that there were six people. He knew they were IAs. They pulled up to the light, and one person jumped into the back of the car and told them to wait. Five more people eventually got into the car, two of which got into the trunk, on their own, because there was not enough room in the vehicle. **Barr** and **Carrillo** attempted to persuade the men not to enter the trunk and to just stay on the side of the road, but the two men entered the trunk anyway.

After waving his Miranda Rights principal **Jonathan Carrillo-Bolivar** stated **Barr** was receiving communications including calls, messages and map locations on WhatsApp and that they were five minutes away from the group. **Barr** received another map location showing they were twenty minutes away from the pick-up location. Upon arrival, he could not see anyone in the area and was driving around for twenty minutes. He and **Barr** were going to leave but got a call saying that the people saw their vehicle and needed to back. He recalled seeing an individual peeking out of the bushes on the side of the road and **Barr** pulled over near the subject. The subject was wearing an orange shirt, immediately got in the car and began giving instructions in Spanish. They were told to drive further down the road where five more subjects approached the vehicle. He exited the vehicle at this point realizing they may not fit, noticing multiple subjects entering the back seat of the vehicle while two were tapping on the trunk, which is when **Carrillo** told **Barr** to open the trunk. They drove for approximately fifteen minutes before pulling over and giving the two subjects in the trunk water and resuming the drive. They saw BPAs and knew they were getting pulled over so **Barr** slowed to a stop, then the IAs exited the vehicle on their own and attempted to flee the scene. **Carrillo** and **Barr** were going to split $1,500 per person they picked up and drove to Phoenix, AZ.